UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************
Robert Mulligan,
        Plaintiff

    vs                              Civil Action
                                    No.:
USS Transport LLC,
        Defendant                   05-11742 NG
*******************************
```

### SEAMAN'S AFFIDAVIT

I, Brian S. McCormick, attorney for the plaintiff in the above-entitled action, do on oath depose and say as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

```
                    BRIAN S. MCCORMICK, ESQ.
                    BBO # 550533
                    Orlando & Associates
                    One Western Avenue
                    Gloucester, MA  01930
                    (978) 283-8100
```

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

Sworn and subscribed to before me this 22nd day of August, 2005.

```
                    _____
                    NOTARY PUBLIC
                    My Commission Expires: 12/9/05
```

Cases/Mulligan/Robert/12/18/04/SeamansAffdvt